**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rachel Mira, | No. CV-25-02640-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Deutsche Bank Trust Company Americas, et al., | |
| Defendants. | |

On July 28, 2025, the Court denied Plaintiff's Motion for Temporary Restraining Order (Doc. 2) and Motion for Preliminary Injunction (Doc. 4) and dismissed this action with prejudice for lack of subject matter jurisdiction. (Doc. 11). Before the Court is Plaintiff's Supplemental Declaration (Doc. 12) in support of her previous motions, as well as an Emergency Notice (Doc. 13). Because this case is closed and the underlying complaint has been dismissed, the Court will take no actions on these documents. Any future filings that are not authorized by the local and federal rules will likewise be denied or stricken. Accordingly,

**IT IS ORDERED** that that Plaintiff's Notice (Doc. 13) is **denied**.

Dated this 4th day of August, 2025.

Honorable Steven P. Logan
United States District Judge